UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WOODY NORA** | * | CIVIL ACTION NUMBER: 2:25-cv-01015 |
| | * | |
| | * | |
| **VERSUS** | * | JUDGE SUSIE MORGAN |
| | * | |
| | * | |
| **M & A TRANSPORT, ET AL.** | * | MAGISTRATE JUDGE MICHAEL |
| | * | NORTH |

**REPLY TO JULY 22, 2025 COURT ORDER**

NOW INTO COURT, comes undersigned counsel for Plaintiff, WOODY NORA, who respectfully submits this reply pursuant to the July 21, 2025 Order of the Court (Doc. 59) as follows:

Following the Court's order, undersigned counsel reviewed her Westlaw research history and is submitting it herewith.[1] While it reflects research undersigned counsel personally conducted in connection with this matter, it does not include the inaccurate citations at issue.

The Motion to Transfer (Doc. 24) was initially prepared as a collaboration. After further investigation into the source of the inaccurate citations, undersigned counsel discovered the authorities in question were sent in an e-mail from another attorney in the firm. This exchange is considered Attorney Work-Product, in accordance with the Federal Rules of Civil Procedure 26(b)(3) and can be produced to this Court at its direction, under seal or for an in-camera review.

---

[1] Exhibit A, Westlaw Precision History

At the time, undersigned counsel understood these authorities to be accurate and reliable. Undersigned counsel made edits and finalized the pleading but failed to independently verify every citation before filing it. Undersigned counsel takes responsibility for this oversight.

Undersigned counsel wants the Court to know that she takes this matter extremely seriously. Undersigned counsel holds the ethical obligations of our profession in the highest regard and apologizes to opposing counsel and the Court for this mistake. Undersigned counsel remains fully committed to the ethical obligations as an officer of the court and the standards expected by this Court going forward, which is evidenced by requesting leave to strike the inaccurate citations. Most importantly, undersigned counsel has taken steps to ensure this oversight does not happen again.

Respectfully submitted,
**WRIGHT GRAY HARRIS, LLC**

*/s/ Laci N. Hamilton*
**ERIC A. WRIGHT, LA Bar No. 26149**
**LACI N. HAMILTON, LA Bar No. 36771**
201 St. Charles Avenue, Suite 2710
New Orleans, LA 70170
PH: (504) 500-0000
eric@wrightgray.com
l.hamilton@wrightgray.com
Service Email: service@wrightgray.com
***Attorneys for Plaintiff, Woody Nora***

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Eastern District of Louisiana ECF system, on this 22nd day of July, 2025.

*/s/ Laci N. Hamilton*
**LACI N. HAMILTON**

2